CHARLES GEERHART (SBN 139769)
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA 94103
(415) 498-2101

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO PAZ-HERRERA<br><br>　　　Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; RONALD M. CHOY, individually and in his capacity as a police officer; and DOES 1-30<br><br>　　　Defendants. | Case No. C 09- 4795 MMC<br><br>**STIPULATION FOR ORDER EXTENDING TIME TO COMPLETE MEDIATION** |

Plaintiff LEOPOLDO PAZ-HERRERA AND defendants CITY AND COUNTY OF SAN FRANCISCO; RONALD M. CHOY (hereafter, the PARTIES), having conducted an initial mediation conference call with assigned mediator, Fred Butler, Esq., hereby stipulate to, and request that the Court order, an extension of time to complete mediation. The purpose of this extension is so that the PARTIES can complete necessary discovery prior to entering into mediation. This action was ordered to mediation on December 29, 2009, and per the Order the deadline for completion is March 29 (90 days after being ordered to mediation).

*Paz-Herrera v. City/County of SF et al*
USDC No. C09-4795 MMC
STIPULATION RE MEDIATION　　　　　　　　　　1

1 | The PARTIES have scheduled mediation with Fred Butler to occur on April 27, 2010.  Mr.
2 | Butler has agreed to the new mediation date and consents to this extension.
3 | IT IS SO STIPULATED.
4 | Dated: January 26, 2010     PAOLI & GEERHART LLP

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/s/_____
CHARLES GEERHART
Attorney for Plaintiff

Dated: January ____, 2010     SAN FRANCISCO CITY ATTORNEY'S OFFICE

/s/_____
BLAKE LOEBS/ANDREW GSCHWIND
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO &
RONALD M. CHOY

ORDER ON STIPULATION EXTENDING TIME FOR MEDIATION

The Court has reviewed the stipulation of the parties to extend the time to complete mediation. Good cause appearing, the Court extends the deadline for the parties to complete mediation to April 27, 2010.

IT IS SO ORDERED.

Date: February 1, 2010

_____
Hon. Maxine Chesney
U.S. District Court Judge

*Paz-Herrera v. City/County of SF et al*
USDC No. C09-4795 MMC
STIPULATION RE MEDIATION     3