1  CHARLES GEERHART  (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street,  Suite 1150
   San Francisco, CA  94103
3  (415) 498-2101

4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO PAZ-HERRERA | Case No.  C 09- 4795 MMC |
| Plaintiff, | |
| vs. | **STIPULATION FOR ORDER EXTENDING TIME TO COMPLETE MEDIATION** |
| CITY AND COUNTY OF SAN FRANCISCO; RONALD M. CHOY, individually and in his capacity as a police officer; and DOES 1-30 | |
| Defendants. | |

Plaintiff LEOPOLDO PAZ-HERRERA AND defendants CITY AND COUNTY OF SAN FRANCISCO; RONALD M. CHOY (hereafter, the PARTIES), having been assigned to mediator Fred Butler, Esq., hereby stipulate to, and request that the Court order, an extension of time of 60 days (to June 28, 2010) to complete mediation.  This extension is requested based on mediator Butler's unavailability to conduct the mediation in the near term due to his schedule. Mr. Butler instructed the parties to request this extension. The prior deadline was April 27.

*Paz-Herrera  v. City/County of SF et al*
USDC No.  C09-4795 MMC
STIPULATION RE MEDIATION                                1

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: April 26, 2010 | PAOLI & GEERHART LLP |
| 4-7 | | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document. |
| 9 | | /s/_____ |
| 10 | | CHARLES GEERHART |
| 11 | | Attorney for Plaintiff |
| 13 | Dated: April 26, 2010 | SAN FRANCISCO CITY ATTORNEY'S OFFICE |
| 17 | | /s/_____ |
| 18 | | BLAKE LOEBS/ANDREW GSCHWIND |
| 19 | | Attorneys for Defendants |
| 20 | | CITY AND COUNTY OF SAN FRANCISCO & |
| 21 | | RONALD M. CHOY |

*Paz-Herrera v. City/County of SF et al*
USDC No.  C09-4795 MMC
STIPULATION RE MEDIATION                    2

ORDER ON STIPULATION EXTENDING TIME FOR MEDIATION

  The Court has reviewed the stipulation of the parties to extend the time to complete mediation. Good cause appearing, the Court extends the deadline for the parties to complete mediation to June 28, 2010.

  IT IS SO ORDERED.

Date: May 3, 2010

_____
Hon. Maxine Chesney
U.S. District Court Judge

*Paz-Herrera v. City/County of SF et al*
USDC No. C09-4795 MMC
STIPULATION RE MEDIATION     3