DENNIS J. HERRERA, State Bar #139669
City Attorney
BLAKE P. LOEBS, State Bar #145790
ANDREW M. GSCHWIND, State Bar #231700
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3973

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and RONALD M. CHOY


Charles Geerheart, Esq.
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA  94103
Telephone:     (415) 498-2101

Attorneys for Plaintiff
LEOPOLDO PAZ-HERRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO PAZ-HERRERA,<br><br>     Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; RONALD M. CHOY and DOES 1-30,<br><br>     Defendant. | Case No. C09-4795 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FACT DISCOVERY 17 DAYS** |

Plaintiff Leopoldo Paz-Herrera ("Plaintiff") and Defendants City & County of San Francisco and Ronald M. Choy ("Defendants"), by and through their respective counsel, hereby stipulate and agree to continue fact discovery in this action from August 2, 2010 to August 19, 2010 to accommodate witnesses and allow both parties to complete their discovery.

This stipulation is necessary in order to enable plaintiff to conduct a Rule 30(b)(6) deposition of the City that was timely noticed several weeks ago but delayed through no fault of plaintiff's

STIP & [PROPOSED] ORDER CONTINUING DISCOV.                    1                    n:\lit\li2009\100428\00643229.doc
Case No.  C09-4795 MMC

counsel, and also to enable plaintiff to receive additional documents from the City.  This stipulation is also necessary to allow the City to take a deposition of a Paramedic/EMT that was timely noticed several weeks ago but had to be continued through no fault of defense counsel.  The parties have now scheduled the previously-noticed Paramedic/EMT deposition for August 18, 2010 and the previously-noticed Rule 30(b)(6) deposition for August 19, 2010.

Dated:  July 28, 2010

                          DENNIS J. HERRERA
                          City Attorney
                          JOANNE HOEPER
                          Chief Trial Deputy
                          BLAKE P. LOEBS
                          ANDREW M. GSCHWIND
                          Deputy City Attorneys

                    By:_____/s./_____
                          ANDREW M. GSCHWIND
                          Attorneys for Defendants

Dated:  July 28, 2010

                          PAOLI & GEERHART, LLP


                    By:_____/s./[1]_____
                          CHARLES GEERHART
                          Attorneys for Plaintiff


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED:  Fact discovery is continued to August 19, 2010.

Date: July 29, 2010                 By:_____
                                          THE HON. MAXINE M. CHESNEY
                                          United States District Court Judge

---

[1] Per General Order 45, section X.B., I hereby attest that I have obtained the concurrence, consent and authorization of Mr. Geerhart to file this document on his behalf.