DENNIS J. HERRERA, State Bar #139669
City Attorney
BLAKE P. LOEBS, State Bar #145790
ANDREW M. GSCHWIND, State Bar #231700
Deputy City Attorneys
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3973

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO
and RONALD M. CHOY

Charles Geerheart, Esq.
PAOLI & GEERHART, LLP
785 Market Street, Suite 1150
San Francisco, CA  94103
Telephone:    (415) 498-2101

Attorneys for Plaintiff
LEOPOLDO PAZ-HERRERA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LEOPOLDO PAZ-HERRERA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; RONALD M. CHOY and DOES 1-30,<br><br>　　Defendant. | Case No. C09-4795 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL DATE** |
|---|---|

　　　　Plaintiff Leopoldo Paz-Herrera ("Plaintiff") and Defendants City & County of San Francisco and Ronald M. Choy ("Defendants"), by and through their respective counsel, hereby stipulate and agree, subject to the Court's approval, to continue the trial date in this action from January 31, 2011 to May 9, 2011 or as soon thereafter as the Court can accommodate.

　　　　The basis for submitting this stipulation and proposed order is as follows.  Deputy City Attorney Blake Loebs, the lead and senior attorney representing Defendants in this action, will be off

1  work on family leave in January of 2011 due to the anticipated arrival of his first child.  Due to Mr.
2  Loebs' family leave, defense counsel had requested that plaintiff's counsel agree to a thirty to forty-
3  five day continuance of the trial in this action.  However, plaintiff's counsel, Charles Geerhart, Esq. of
4  Paoli & Geerhart, has several jury trials and other important events scheduled in and around or
5  between late February, 2011 and early May, 2011.

6        Accordingly, counsel for the parties request that the Court continue the trial in this action to the
7  earliest available trial date convenient for all counsel, or to May 9, 2011, and/or the earliest available
8  date after this time that is convenient to the Court.  The parties request that the Pretrial Conference
9  Date be moved from January 18, 2011 to April 26, 2011 at 3:00 p.m. and/or to another date and time
10 convenient to the Court.

11       All other dates -- expert disclosures and discovery, dispositive motion deadline, and a further
12 status conference on Nov. 5, 2010 -- shall remain unchanged.

14 Dated:  August 10, 2010

15
16                     DENNIS J. HERRERA
                    City Attorney
17                     JOANNE HOEPER
                    Chief Trial Deputy
18                     BLAKE P. LOEBS
                    ANDREW M. GSCHWIND
                    Deputy City Attorneys

20                 By:_____/s./_____
                    ANDREW M. GSCHWIND
21                     Attorneys for Defendants

1  Dated: August 10, 2010

2                                          PAOLI & GEERHART, LLP

4                          By:_____/s./[1]_____
5                             CHARLES GEERHART
                              Attorneys for Plaintiff

8                          **[PROPOSED]** **ORDER**

9     PURSUANT TO STIPULATION, IT IS SO ORDERED:  The trial date in this action is hereby

10 continued to [May 9, 2011] [or, alternatively] [_____, 2011].  The Pretrial Conference in

11 this action is hereby continued to [April 26, 2011] [or, alternatively] [_____, 2011 at 3:00

12 p.m.]  Lead trial counsel shall meet and confer no later than March 20, 2011 [or, alternatively][

13 _____, 2011.]

14     All other currently-scheduled dates in this action shall remain the same.

16  Date: August 12, 2010                    By:_____/s/ Maxine M. Chesney_____
17                                           THE HON. MAXINE M. CHESNEY
                                             United States District Court Judge

_____
[1] Per General Order 45, section X.B., defense counsel hereby attests that he has obtained the concurrence, consent and authorization of Mr. Geerhart to file this document on his behalf.

STIP & [PROPOSED] ORDER CONTINUING TRIAL DATE        3            n:\lit\li2010\100428\00645411.doc
Case No.  C09-4795 MMC