United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LEOPOLDO PAZ-HERRERA,

        Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendants.

_____/

No. C 09-4795 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO CONDUCT ADDITIONAL DISCOVERY AND TO EXTEND DISCOVERY CUTOFF**

      Pursuant to Civil Local Rule 72-1, plaintiff's Motion for Order Granting Leave to Conduct Additional Discovery and to Extend Discovery Cutoff, filed August 25, 2010, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

      **IT IS SO ORDERED**.

Dated: August 27, 2010

_____
MAXINE M. CHESNEY
United States District Judge

_____

[1]The October 1, 2010 hearing date before the undersigned is VACATED.