1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  BLAKE P. LOEBS, State Bar #145790
   ANDREW M. GSCHWIND, State Bar #231700
3  Deputy City Attorneys
   1390 Market Street, 6th Floor
4  San Francisco, California 94102-5408
   Telephone:    (415) 554-3973
5
   Attorneys for Defendants
6  CITY AND COUNTY OF SAN FRANCISCO
   and RONALD M. CHOY
7

8  Charles Geerheart, Esq.
   PAOLI & GEERHART, LLP
9  785 Market Street, Suite 1150
   San Francisco, CA 94103
10 Telephone:    (415) 498-2101

11 Attorneys for Plaintiff
   LEOPOLDO PAZ-HERRERA
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO PAZ-HERRERA, | Case No. C09-4795 MMC (JCS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING DISCOVERY HEARING** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, RONALD M. CHOY and DOES 1-30, | |
| Defendant. | |

Plaintiff Leopoldo Paz-Herrera ("Plaintiff") and Defendants City & County of San Francisco and Ronald M. Choy ("Defendants"), by and through their respective counsel, hereby stipulate and agree, subject to the Court's approval, to continue the hearing date on plaintiff's motion for leave to conduct additional depositions in this action from October 8, 2010 to October 15, 2010. The time and place of the hearing shall remain the same.

STIP & [PROPOSED] ORDER CONTIN. MOT. HEARING        1        n:\lit\li2010\100428\00645411.doc
Case No. C09-4795 MMC

Dated: October 1, 2010

                                      DENNIS J. HERRERA
                                      City Attorney
                                      JOANNE HOEPER
                                      Chief Trial Deputy
                                      BLAKE P. LOEBS
                                      ANDREW M. GSCHWIND
                                      Deputy City Attorneys

                                By: /s./
                                      ANDREW M. GSCHWIND
                                      Attorneys for Defendants

Dated: October 1, 2010

                                      PAOLI & GEERHART, LLP

                                By: /s./[1]
                                      CHARLES GEERHART
                                      Attorneys for Plaintiff

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED: The hearing on plaintiff's discovery motion is rescheduled to October 15, 2010 at 1:30 p.m.

Dated: 10/01/10                         By: _____
                                             THE HON.
                                             United States

*(Seal: United States District Court, Northern District of California — Judge Joseph C. Spero)*

---

[1] Per General Order 45, section X.B., defense counsel hereby attests that he has obtained the concurrence, consent and authorization of Mr. Geerhart to file this document on his behalf.