UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO PAZ-HERRERA,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY & COUNTY OF SAN FRANCISCO, ET AL.,<br><br>    Defendant(s). | Case No. C09-04795 MMC (JCS)<br><br>**ORDER GRANTING IN PART, DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT ADDITIONAL DISCOVERY [Docket No. 30]** |

On August 25, 2010, Plaintiff filed a Motion for Leave to Conduct Additional Discovery (The "Motion").

On October 15, 2010, the Motion came on for hearing. Charles Geerhart, counsel for Plaintiff, appeared. Andrew Gschwind, counsel for Defendants, appeared. This Order confirms the oral order entered on the record at the hearing.

IT IS HEREBY ORDERED that the Motion is granted in part, and denied in part. A Rule 30(b)(6) deposition, not to exceed four (4) hours, shall be limited to the question of any alleged criminal conduct of Mr. Choy, and how that might have an affect on his reputation for honesty. The deposition shall be completed within sixty (60) days.

IT IS SO ORDERED.

Dated: October 25, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge