UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO PAZ-HERRERA,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CITY & COUNTY OF SAN FRANCISCO, ET AL.,<br><br>　　　　Defendant(s).<br>_____/ | Case No.  C09-04795 MMC (JCS)<br><br>**DISCOVERY ORDER RE: JOINT LETTER AS TO PRODUCTION OF DOCUMENTS [Docket No. 46]** |

On November 17, 2010, the parties filed a Joint Discovery Letter as to whether the City must produce documents in response to two new document requests.

IT IS HEREBY ORDERED that the Rule 30(b)(6) deposition shall proceed. The objections to the documents requested in the notice of deposition are sustained. The Court did not authorize this untimely discovery. No documents shall be produced pursuant to this notice.

IT IS SO ORDERED.

Dated: November 22, 2010

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge