# PAOLI · GEERHART LLP
### TRIAL LAWYERS

January 12, 2011

Hon. James Larson
US District Court
450 Golden Gate Avenue
SF, CA 94012



Re: Leopoldo Paz-Herrera v. CCSF
    C 09-4795 MMC

Dear Mag. Judge Larson:

    This matter was set for settlement conference in your department on January 14. The parties have today settled this matter in its entirety, and we respectfully request that it be taken off calendar. Thank you.

                                   Very truly yours,
                                   PAOLI & GEERHART LLP
                                   By

                                   Charles Geerhart

c: Andrews Gschwind, Esq. (defense counsel)



WWW.PAOLIGEERHART.COM | 785 MARKET STREET, SUITE 1150   SAN FRANCISCO, CA 94103
*phone* 415-498-2101 *fax* 415-498-2104 *email* PGLAW@MAIL.COM