1  CHARLES GEERHART  (SBN 139769)
   PAOLI & GEERHART, LLP
2  785 Market Street,  Suite 1150
   San Francisco, CA  94103
3  (415) 498-2101

4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOPOLDO PAZ-HERRERA | Case No. C 09- 4795 MMC |
| Plaintiff, | ORDER RE:<br>**STIPULATION FOR ORDER OF DISMISSAL** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO; RONALD M. CHOY, individually and in his capacity as a police officer; and DOES 1-30 | |
| Defendants. | |

Plaintiff LEOPOLDO PAZ-HERRERA AND defendants CITY AND COUNTY OF SAN FRANCISCO; RONALD M. CHOY (hereafter, the PARTIES), hereby stipulate to, and request that the Court order, dismissal of this action, each party to bear its own fees and costs.

*Paz-Herrera  v. City/County of SF et al*
USDC No.  C09-4795 MMC
STIPULATION RE DISMISSAL                       1

| | | |
|---|---|---|
| 1 | Dated: March 23, 2011 | PAOLI & GEERHART LLP |
| 2 | | I hereby attest that I have on file all holograph |
| 3 | | signatures for any signatures indicated by a |
| 4 | | "conformed" signature (/S/) within this efiled |
| 5 | | document. |
| 6 | | |
| 7 | | |
| 8 | | /s/_____ |
| 9 | | CHARLES GEERHART |
| 10 | | Attorney for Plaintiff |
| 11 | | |
| 12 | Dated: March 23, 2011 | SAN FRANCISCO CITY ATTORNEY'S OFFICE |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | /s/_____ |
| 17 | | ANDREW GSCHWIND |
| 18 | | Attorneys for Defendants |
| 19 | | CITY AND COUNTY OF SAN FRANCISCO & |
| 20 | | RONALD M. CHOY |

*Paz-Herrera v. City/County of SF et al*
USDC No. C09-4795 MMC
STIPULATION RE DISMISSAL                    2

ORDER ON STIPULATION FOR DISMISSAL

The Court has reviewed the stipulation of the parties for an order dismissing this action. Good cause appearing, the Court orders this matter dismissed, each party to bear its own fees and costs.

IT IS SO ORDERED.

Date:   March 24, 2011

_____
Hon. Maxine Chesney
U.S. District Court Judge

*Paz-Herrera v. City/County of SF et al*
USDC No. C09-4795 MMC
STIPULATION RE DISMISSAL                    3